

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY PEREZ,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-2360-CAB-JLB<br><br>**ORDER GRANTING A WRIT OF HABEAS CORPUS** |

Petitioner Rudy Perez, a Guatemalan national, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he has an administratively final order of removal from December 2012 but was never removed from the United States.  In September 2025, Respondents took him into immigration detention for purposes of removal but then in January 2026 an immigration judge granted Petitioner withholding of removal to Guatemala.  [*Id.* at 3–4.]

Respondents say that they are "unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future."  [Doc. No. 5 at 1 (citing *Zadvydas v. Davis*, 533 U.S. 678 (2001)).]  Therefore, Respondents "acknowledge that Petitioner is entitled to be released from custody subject to conditions of supervision."  [*Id.*]  The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondents to immediately release Petitioner subject to supervision under

regulations prescribed by the Attorney General, including the requirements of 8 U.S.C. § 1231(a)(3).

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: April 21, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2360-CAB-JLB